IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KEISHA KING | ) | |
| | ) | |
| v. | ) | No. 3:13-0733 |
| | ) | |
| NANCY A. BERRYHILL | ) | |
|     Acting Commissioner of | ) | |
|     Social Security[1] | ) | |

## **O R D E R   A N D   F I N A L   J U D G M E N T**

This case is before the Court on Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her application for Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Sixth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law, and, for the reasons contained in the accompanying memorandum opinion, finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby AFFIRMED. This order constitutes the final judgment in this action, and the Clerk is directed to close this case upon entry of this order.

    It is SO ORDERED.

*[signature]*
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for former Acting Commissioner Carolyn W. Colvin as the defendant in this suit.